UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOWARD EUGENE RAFF,<br>       Petitioner<br>  v.<br>KELLY HARRINGTON, Warden,<br>       Respondent. | Case No: 11-00956 SBA (PR)<br>**JUDGMENT** |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 3/31/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.11\Raff0956.jud.docx